**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD S RM 1334
LAS VEGAS NV 89101
(702) 464-5400

**Case Number: 2:25-cv-01570-GMN-DJA**

**Case Title:** Jones v. Aria Resort & Casino, LCC et al.

Dear Litigant:

You a
include the co
to do so resu

All ma

If you
before docke
complaint to
"frivolous, ma
"seeks mone
1915(e)(2)(B)
provision app
This process

For ti
Rules of Prac

- **In Fo**
  compl
  Pleas

- **Chan**
  chang
  each
  dismis

- **Form**
  (8 ½"
  one (1
  in the
  separ
  sampl

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST., ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

Filed ___ Received ___ Entered ___ Served on
Counsel/Parties of Record

SEP 09 2025

Clerk US District Court
District of Nevada
By: _____ Deputy

Jazmin Jones
9620 Las Vegas Blvd S,
Suite E4 PMB 309
Las Vegas, NV 89123


